# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141649 & (100)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JOHN DOE, Next Friend of JANE DOE, a minor,
     Plaintiff-Appellant,

v

JOHN DOE I, HENRY FORD HOSPITAL, and
HENRY FORD HEALTH SYSTEM, INC.,
     Defendants,

and

JOHN DOE II and SUPERIOR AMBULANCE
SERVICE,
     Defendants-Appellees.

SC: 141649
COA: 285655
Wayne CC: 07-701308-NO

_____/

     On order of the Court, the application for leave to appeal the July 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



s1213

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk